# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 28, 2024

Joshua Divine
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

RE:  24-2351  State of Missouri, et al v. Joseph Biden, Jr., et al

Dear Counsel:

The District Court clerk has transmitted a notice of cross-appeal, together with notification of payment of the docket fee. In accordance, with the Federal Rules of Appellate Procedure and Eighth Circuit Rules, this cross-appeal has today been assigned the docket number indicated.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

The briefing schedule established today supersedes all other schedules. The briefing schedule will be forwarded under separate Notice of Docket Activity.

Maureen W. Gornik
Acting Clerk of Court

CMH

Enclosure(s)

cc: Simon Christopher Brewer
 Nicholas J. Bronni
 Clerk, U.S. District Court, Eastern District of Missouri
 Dylan L. Jacobs
 Simon Gregory Jerome
 Lisa Marie Paczkowski
 Stephen Michael Pezzi

   District Court/Agency Case Number(s):   4:24-cv-00520-JAR

**Caption For Case Number: 24-2351**

State of Missouri; State of Arkansas; State of Florida; State of Georgia; State of North Dakota; State of Ohio; State of Oklahoma

    Plaintiffs - Appellants

v.

Joseph Robinette Biden, Jr., in his official capacity as President of the United States; Miguel Cardona, in his official capacity as Secretary, United States Department of Education; United States Department of Education

    Defendants - Appellees

**Addresses For Case Participants:   24-2351**

Joshua Divine
ATTORNEY GENERAL'S OFFICE
207 W. High Street
P.O. Box 899
Jefferson City, MO  65102-0000

Simon Christopher Brewer
U.S. DEPARTMENT OF JUSTICE
Civil Division
950 Pennsylvania Avenue, N.W.
Washington, DC  20530-0000

Nicholas J. Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Clerk, U.S. District Court, Eastern District of Missouri
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Simon Gregory Jerome
U.S. DEPARTMENT OF JUSTICE
Federal Programs
1100 L Street N.W.
Washington, DC  20005

Lisa Marie Paczkowski
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Stephen Michael Pezzi
U.S. DEPARTMENT OF JUSTICE
Federal Programs
1100 L Street N.W.
Washington, DC  20005