IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| STATE OF MISSOURI, et al.,<br><br>*Plaintiffs-Appellees-Cross-Appellants*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>*Defendants-Appellants-Cross-Appellees*. | Nos. 24-2332, 24-2351 |

## DESIGNATION OF RECORD

Plaintiffs-Appellees designate the following additional items for inclusion in the Joint Appendix beyond those identified by Defendants-Appellants:

- Plaintiffs' Complaint for Declaratory and Injunctive Relief and Exhibits (April 9, 2024), R. Docs. 1, 1-3, 1-4, 1-5, 1-6, 1-7 (first 25 pages).

- Plaintiffs' Motion for a Stay or in the Alternative a Preliminary Injunction (April 16, 2024), R. Doc. 7.

- Defendants' Motion to Dismiss (May 5, 2024), R. Doc. 21.

- Plaintiffs' Motion for Injunction Pending Appeal or Temporary Administrative Stay of Agency Action (June 28, 2024), R. Doc. 41.

- Order Denying Plaintiffs' Motion for Injunction Pending Appeal or Temporary Administrative Stay of Agency Action (June 28, 2024), R. Doc. 45.

- Plaintiffs' Motion for Clarification (June 29, 2024), R. Doc. 48.

- Defendants' Response to Plaintiffs' Motion for Clarification (July 8, 2024), R. Doc. 52.

1

- Plaintiffs' Reply in Support of Motion for Clarification (July 9, 2024), R. Doc. 53

Plaintiffs'-Cross-Appellants set forth the following general substantive issue for their cross-appeal: Whether the district court erred by preliminarily enjoining only part of the Final Rule rather than all of it.

Dated: July 19, 2024                          Respectfully submitted,

                                              /s/ *Joshua M. Divine*
                                              Joshua M. Divine

TIM GRIFFIN                                   ANDREW BAILEY
  *Attorney General of Arkansas*           *Attorney General of Missouri*
NICHOLAS J. BRONNI                            JOSHUA M. DIVINE, #69875MO
  *Solicitor General*                      *Solicitor General*
DYLAN L. JACOBS                               REED C. DEMPSEY #1697941DC
  *Deputy Solicitor General*               *Deputy Solicitor General*
Office of the Arkansas Attorney General       SAMUEL FREEDLUND, #73707MO
323 Center Street, Suite 200                    *Deputy Solicitor General*
Little Rock, AR 72201                         MISSOURI ATTORNEY GENERAL'S OFFICE
(501) 682-3661                                Post Office Box 899
Nicholas.Bronni@arkansasag.gov                Jefferson City, MO 65102
Dylan.Jacobs@arkansasag.gov                   (573) 751-1800
                                              josh.divine@ago.mo.gov
                                              reed.dempsey@ago.mo.gov
ASHLEY MOODY                                  samuel.freeland@ago.mo.gov
  *Attorney General of Florida*
JAMES H. PERCIVAL
  *Chief of Staff*                       CHRISTOPHER M. CARR
Office of the Attorney General                  *Attorney General of Georgia*
The Capitol, Pl-01                            STEPHEN J. PETRANY
Tallahassee, Florida 32399-1050                 *Solicitor General*
(850) 414-3300                                Office of the Attorney General
james.percival@myfloridalegal.com             40 Capitol Square, SW
                                              Atlanta, Georgia 30334
                                              (404) 458-3408
DREW H. WRIGLEY                               spetrany@law.ga.gov
  *Attorney General of North Dakota*
PHILIP AXT                                    GENTNER DRUMMOND
  *Solicitor General*                      *Attorney General*
Attorney General's Office                     GARRY M. GASKINS, II
600 E. Boulevard Ave., Dept. 125                *Solicitor General*
Bismarck, ND 58505                            Office of the Attorney General
(701) 328-2210                                313 N.E. 21st Street
pjaxt@nd.gov                                  Oklahoma City, OK 73105
                                              Phone: (405) 521-3921
                                              garry.gaskins@oag.ok.gov

DAVE YOST
  *Attorney General of Ohio*
T. ELLIOT GAISER
  *Solicitor General*
MATHURA J. SRIDHARAN
  *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished through the CM/ECF system.

<i>/s/ Joshua M. Divine</i><br>
Joshua M. Divine