**CASE NOS. 24-2332, 24-2351**

**UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT**

STATE OF MISSOURI, et al.,

*Plaintiffs-Appellants-Cross-Appellees*,

v.

JOSEPH R. BIDEN, JR., in his official capacity as the President of the United States of America, et al.,

*Defendants-Appellees-Cross-Appellants.*

On Appeal from the United States District Court
for the Eastern District of Missouri
The Honorable District Court Judge John A. Ross
Case No. 4:24-cv-520-JAR

**UNOPPOSED MOTION FOR 2-DAY EXTENSION**

ANDREW BAILEY
  *Attorney General of Missouri*
JOSHUA M. DIVINE
  *Solicitor General*
REED C. DEMPSEY
  *Deputy Solicitor General*
SAMUEL FREEDLUND
  *Deputy Solicitor General*
ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
(573) 751-1800
josh.divine@ago.mo.gov

Appellees / Cross-Appellants Plaintiff States respectfully move for a two-day extension for the filing of their opening brief because of a conflicting deadline in another student loans case. On September 2, 2024, Plaintiff States filed a separate lawsuit against Appellants / Cross-Appellees in the United States District Court for the Southern District of Georgia, *Missouri v. Dep't of Educ..*, No. 2:24-cv-00103, challenging a separate student loans rule. On September 5, after this Court set a new briefing schedule, the Southern District of Georgia granted a Temporary Restraining Order and scheduled a hearing for September 18 in Augusta, Georgia, the same day as a brief is due in this case. That court also expedited briefing this week.

In light of that oral argument, Plaintiff States respectfully ask this court to modify the expedited briefing schedule to include the following deadlines:

- Second Brief of Appellees / Cross-Appellants: **September 20, 2024**
- Third Brief of Appellants / Cross-Appellees: **October 4, 2024**
- Fourth Brief of Appellees / Cross-Appellants: **October 15, 2024**

1

As reflected, the modified briefing schedule does not amend the deadline for the Fourth Brief and would allow the oral argument set for October 24, 2024, to proceed as scheduled.

Plaintiff States have conferred with Appellants / Cross-Appellees, who have indicated that they do not oppose this motion.

Dated: September 10, 2024

Respectfully submitted,

*/s/ Joshua M. Divine*
Joshua M. Divine

TIM GRIFFIN
   *Attorney General of Arkansas*
NICHOLAS J. BRONNI
   *Solicitor General*
DYLAN L. JACOBS
   *Deputy Solicitor General*
Office of the Arkansas Attorney General
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-3661
Nicholas.Bronni@arkansasag.gov
Dylan.Jacobs@arkansasag.gov

ASHLEY MOODY
   *Attorney General of Florida*
JAMES H. PERCIVAL
   *Chief of Staff*
Office of the Attorney General
The Capitol, Pl-01
Tallahassee, Florida 32399-1050
(850) 414-3300
james.percival@myfloridalegal.com

DREW H. WRIGLEY
   *Attorney General of North Dakota*
PHILIP AXT
   *Solicitor General*
Attorney General's Office
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

ANDREW BAILEY
   *Attorney General of Missouri*
JOSHUA M. DIVINE, #69875MO
   *Solicitor General*
REED C. DEMPSEY #1697941DC
   *Deputy Solicitor General*
SAMUEL FREEDLUND, #73707MO
   *Deputy Solicitor General*
MISSOURI ATTORNEY GENERAL'S OFFICE
Post Office Box 899
Jefferson City, MO 65102
(573) 751-1800
josh.divine@ago.mo.gov
reed.dempsey@ago.mo.gov
samuel.freeland@ago.mo.gov

CHRISTOPHER M. CARR
   *Attorney General of Georgia*
STEPHEN J. PETRANY
   *Solicitor General*
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia 30334
(404) 458-3408
spetrany@law.ga.gov

DAVE YOST
   *Attorney General of Ohio*
T. ELLIOT GAISER
   *Solicitor General*
MATHURA J. SRIDHARAN
   *Deputy Solicitor General*
Office of the Attorney General
365 East Broad Street
Columbus, Ohio 43215
Phone: (614) 466-8980
thomas.gaiser@ohioago.gov

GENTNER DRUMMOND
   *Attorney General*
GARRY M. GASKINS, II
   *Solicitor General*
Office of the Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
gentner.drummond@oag.ok.gov
garry.gaskins@oag.ok.gov

# CERTIFICATE OF COMPLIANCE

This filing complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(C) because, excluding the parts exempted by Fed. R. App. P. 32(f), it contains 215 words as determined by the word-counting feature of Microsoft Word 2016.

This filing also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared using Microsoft Word 2016 in 14-point proportionally spaced Century Schoolbook font.

And this filing complies with the electronic-filing requirements of Local Rule 28A(h)(2) because it was scanned for viruses using Windows Defender and no virus was detected.

*/s/ Joshua M. Divine*
Joshua M. Divine

## CERTIFICATE OF SERVICE

I certify that on September 10, 2024, I electronically filed the foregoing motion with the Clerk of the Court by using the CM/ECF system, and that the CM/ECF system will accomplish service on all parties represented by counsel who are registered CM/ECF users. *See* Fed. R. App. P. 25(c)(2).

*/s/ Joshua M. Divine*
Joshua M. Divine
